**Mary Ann Smelser KOONCE, Plaintiff–Appellant,**

v.

**Michael ASTRUE, Social Security Administration, Defendant–Appellee.**

No. 13–1012.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 26, 2013.

Mary Ann Smelser Koonce, Appellant pro se. Yiris E. Cornwall, Assistant United States Attorney, Alexandria, Virginia; Robin Perrin Meier, Assistant United States Attorney, Richmond, Virginia; David Moskowitz, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

**PER CURIAM:**

Mary Ann Smelser Koonce appeals the district court's order adopting the magistrate judge's recommendation to dismiss her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Koonce v. Astrue,* No. 3:12–cv–00256–JAG, 2012 WL 6608969 (E.D.Va. Dec. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*